IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRVING BOWMAN<br>a/k/a Wahid N. Shakoor<br>    Petitioner, | *<br><br>* |
| v. | * CIVIL ACTION NO. 2:05-CV-881-F |
| UNITED STATES OF AMERICA | * |
|     Respondent. | * |

**ORDER**

It is hereby ORDERED that Petitioner is GRANTED leave to proceed *in forma pauperis*.

DONE, this 28th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE