IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRVING BOWMAN, )<br>a/k/a Wahid N. Shakoor, )<br>　　　　　　　　　　　　　　)<br>　　　Petitioner, )<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　)　　CIVIL ACTION NO. 2:05cv881-F<br>　　　　　　　　　　　　　　)　　　　　　　　(WO)<br>UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　　Respondent. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 28, 2005, said Recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that petitioner's challenge to the validity of his bank fraud conviction is DENIED and DISMISSED with prejudice as it is not properly before this court in a 28 U.S.C. § 2241 petition for habeas corpus relief.

Done this 18th day of October, 2005.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE